UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRF TECHNOLOGY LICENSING EUROPE EAST, LLC,

Plaintiff,

-v-

ZERO GLOBAL WASTE, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2136 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 19, Plaintiff SRF Technology Licensing Europe East, LLC ("Plaintiff") was required to "serve the summons and complaint [Dkt. No. 7 (the "Complaint")] by email on [Defendant Curtis] Bostic ["Bostic"] at his law firm email address[.]" by July 22, 2026. (Dkt. No. 19). To date, however, Plaintiff has not filed proof of service of the summons and Complaint on Bostic. Accordingly, by **July 30, 2026**, Plaintiff shall file proof of service by email of the summons and Complaint on Bostic.

Dated: New York, New York
July 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**