UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRF TECHNOLOGY LICENSING EUROPE EAST, LLC,

Plaintiff,

-v-

ZERO GLOBAL WASTE, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2136 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the amended complaint filed by Plaintiff SRF Technology Licensing Europe East, LLC ("Plaintiff"). (Dkt. No. 36 (the "AC")).[1] Given that the AC is now the operative pleading, the motions to dismiss the original complaint (Dkt. No. 7 (the "Complaint")) filed by Defendants Zero Global Waste, LLC and Curtis Bostic (together, "Defendants") (Dkt. Nos. 26–27 (the "MTDs")) are **DENIED** as moot. Defendants' deadline to file their replies in further support of the MTDs is **VACATED**. (See Dkt. No. 35).

The Court notes that Plaintiff added ten new defendants in the AC: (1) Providence Energy Corporation; (2) John Michael Allen; (3) William Allen; (4) Jeffory Blackard; (5) Richard Santorum; (6) Matthew Pacella; (7) Mladen Jozinovic; (8) Benjamin Rollins; (9) Lee Beaman; and (10) Sanctus Capital Advisors, Inc. (together, the "New Defendants"). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's deadline to serve the summons and AC on the New Defendants is

[1] Although Plaintiff's deadline to file the AC was September 3, 2026, (Dkt. No. 35), Plaintiff filed the AC on September 4, 2026. (Dkt. No. 36). Given that "the court should freely give leave when justice so requires[,]" Fed. R. Civ. P. 15(2), and that the Court previously granted Plaintiff leave to file the AC, (Dkt. No. 35), the Court accepts the AC as the operative pleading despite the one-day filing delay.

**December 3, 2026**. See Fed. R. Civ. P. 4(m). Accordingly, in the interest of efficiency, Defendants' deadline to respond to the AC is **HELD IN ABEYANCE** pending service of the summons and AC on the New Defendants.

Finally, the Court previously directed Plaintiff to file a letter by **November 9, 2026** updating the Court on the status of its efforts to serve the summons and Complaint on Defendant Zero Global Waste Croatia d.o.o. ("ZGW Croatia") under the Hague Service Convention. (Dkt. No. 25). Given that the AC is the operative pleading, the Court reminds Plaintiff that it must serve the summons and the AC on Defendant ZGW Croatia. Plaintiff's deadline of **November 9, 2026** to file a letter updating the Court on its efforts to serve ZGW Croatia remains in place.

The Clerk of Court is respectfully directed to close Dkt. Nos. 26 and 27.

Dated: New York, New York
September 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**