UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRF TECHNOLOGY LICENSING EUROPE EAST, LLC,

Plaintiff,

-v-

ZERO GLOBAL WASTE, LLC, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2136 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 18, 2026, Plaintiff SRF Technology Licensing Europe East, LLC ("Plaintiff") filed requests for the issuance of summons for the ten new Defendants that Plaintiff added in the amended complaint (Dkt. No. 36 (the "AC")): (1) Providence Energy Corporation, (2) John Michael Allen, (3) William Allen, (4) Jeffory Blackard, (5) Richard J. Santorum, (6) Matthew Pacella, (7) Mladen Jozinovic, (8) Benjamin Rollins, (9) Lee Beaman, and (10) Sanctus Capital Advisors, Inc. (the "New Defendants"). (Dkt. No. 38 (the "Request")). On September 22, 2026, the Clerk of Court marked the Request deficient and directed Plaintiff to re-file the Request separately for each of the New Defendants. (Dkt. entry dated Sept. 22, 2026). To date, Plaintiff has not re-filed the Request. By **October 16, 2026**, Plaintiff shall refile the Request pursuant to the Clerk of Court's instructions. (See id.) The Court reminds Plaintiff that its deadline to serve the summons and AC on the New Defendants is **December 3, 2026**. See Fed. R. Civ. P. 4(m).

Dated: New York, New York
October 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**